Statement of the Case.

NORTHERN PACIFIC RAILROAD COMPANY *v.* O'BRIEN. Error to the Supreme Court of the State of Washington. No. 65. Argued November 9, 1894. — Decided November 12, 1894. THE CHIEF JUSTICE: This case falls within that just decided, and, for the reasons there given, the writ of error must be

*Dismissed.*

*Mr. Reese H. Voorhees* for the motion to dismiss.

*Mr. A. H. Garland,* with whom were *Mr. James McNaught* and *Mr. H. J. May,* opposing.